**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 15-CR-00511-KKD-GMB** |
| | ) | |
| **TREMANE DARNELL CARTHEN** | ) | |

**ORDER**

After due and proper consideration, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated the June 20, 2016, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this **18th** day of **July 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**