**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 15-CR-00511-KKD-GMB |
| ) | |
| KEVIN LAVARIUS MARTIN, and ) | |
| TREMANE DARNELL CARTHEN ) | |

**ORDER**

After due and proper consideration, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated the August 2, 2016 (Doc. 167), is **ADOPTED** as the opinion of this Court as follows:

1. Martin's Motion to Suppress (Doc. 56) is **DENIED**;

2. Carthen's Motion to Sever Defendant's Trial (Doc. 55) is **GRANTED** to the extent he seeks to sever his trial from Martin's; and

3. Carthen's Motion to Sever Defendant's Trial (Doc. 55) is **DENIED** in all other respects.

4. Carthen's Amended Motion to Sever and Motion for Leave to File Other Motions (Doc. 142) is **DENIED** as set out in footnote 1 of the Report and Recommendation.

**DONE** and **ORDERED** this **2**nd day of **September 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**